## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**PAULA MATTHEWS,**

        **Plaintiff,**

    **v.**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

**Case No. 2:14-cv-429**

**Judge Peter C. Economus**

**ORDER**

This matter is before the Court for consideration of the July 30, 2015 Report and Recommendation of the Magistrate Judge recommending that the Court overrule Plaintiff's Statement of Errors and affirm the Commissioner's decision. (Dkt. 15.)

The Report and Recommendation specifically advised the parties that failure to object to the Report and Recommendation within fourteen days results in a "waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (Dkt. 15 at 19-20.) The time period for filing objections to the Report and Recommendation has expired. No party has objected to the Report and Recommendation.

The Court reviewed the Report and Recommendation of the Magistrate Judge pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge. Accordingly, Plaintiff's action is **DISMISSED.** The Clerk is **DIRECTED** to remove this action from the Court's pending case list.

    **IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE